UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

Zhengjian Wang, individually and on behalf of All Other Employees Similarly Situated,

                 Plaintiff,

-against-

Mee 759 Inc. d/b/a/ Mee Noodle Shop, Yoke Mei Chau, and "John"(first name unknown) Dong,

                 Defendants.

1:17-CV-10192

**ANSWER WITH COUTERCLAIM**

---

Defendants, Mee 759 Inc. d/b/a Mee Noodle Shop, Yoke Mei Chau ("Defendant Chau"), and " John" (first name unknown) Dong (collectively, "Defendants") by and through their undersigned attorneys, Shotkin & Associates Law Office P.C., as and for their answer to the complaint of the Plaintiff, allege as follows:

### DENIALS

1. Deny each and every allegation stated in Paragraphs 1, 3 to 8 in Introduction, Jurisdiction and Venue and Plaintiff parts.

2. Deny knowledge and information sufficient to form a belief with respect to the allegations stated in Paragraph 2 in Introduction.

3. Deny each and every allegation stated in Paragraphs 1, 5 in Defendants part, 12 to 34, 36 to 47, 49 to 52, 54 to 99, 91 to 94 in Count VII.

4. Deny knowledge and information sufficient to form a belief with respect to the allegations stated in Paragraph 2 to 4, 6 to 11 in Defendants part, 35, 48 and 53.

### AS AND FOR COUNT I

**(Violation of the Fair Labor Standards Act - Minimum Wage)**

5. Repeat and reiterate each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein.

6. Deny each and every allegation stated in Paragraphs 50 to 57.

### AS AND FOR COUNT II

**(Violation of New York Labor Law - Minimum Wage)**

7. Repeat and reiterate each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein.

8. Deny each and every allegation stated in Paragraphs 58 to 61.

### AS AND FOR COUNT III

**(Violations of the Fair Labor Standards Act - Overtime Wage)**

9. Repeat and reiterate each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein.

10. Deny each and every allegation stated in Paragraphs 62 to 69.

### AS AND FOR COUNT IV

**(Violation of New York Labor Law - Overtime Pay)**

11. Repeat and reiterate each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein.

12. Deny each and every allegation stated in Paragraphs 70 to 73.

### AS AND FOR COUNT V

**(Violation of the New York Labor Law - Time of Hire Wage Notice Requirement)**

13. Repeat and reiterate each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein.

14. Deny each and every allegation stated in Paragraphs 91 to 95 in Count V.

## AS AND FOR COUNT VI

**(Violation of the New York Labor Law – New York Pay Stub Requirement)**

15. Repeat and reiterate each and every denial hereinbefore made with the same force and effect as thought the same were set forth at length herein.

16. Deny each and every allegation stated in Paragraphs 96 to 99.

## AS AND FOR COUNT VII

**(Violation of the New York Labor Law - Failure Reimburse for Expenses relating to Tools of the Trade)**

17. Repeat and reiterate each and every denial hereinbefore made with the same force and effect as though the same were set forth at length herein.

18. Deny each and every allegation stated in Paragraphs 91 to 94 in Count VII.

## PRAYER FOR RELIEF ON CLAIMS

19. Responding to the Prayer for Relief on the claims in the Complaint, Defendants deny that Plaintiff has been or will be damaged by reason of act or omission of Defendants or any officer, agent or employee of the corporate Defendant. Defendants further deny that any act or omission of Defendants or any officer, agent, or employee of the corporate Defendant, violated any rights, statutory or otherwise, of Plaintiff. Defendants further deny that Plaintiffs are entitled to any of the relief requested in Paragraphs a to r for Claims I to VII contained in the Complaint

## DEFENSES

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

20. Defendants allege that the complaint in the above entitled matter fails to state a violation under New York Labor Law or Fair Labor Standards Act upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

21. Defendants qualify to be independent contractors and minimum wage and overtime laws shall not apply.

## AS AND FOR A THIRD AFFIRAMTIVE DEFENSE

22. Exemption from overtime under Fair Labor Standards Act.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

23. Defendants reasonably believed in good faith that it was not required to provide the employee with notice pursuant to Wage Theft Prevention Act.

## COUNTERCLAIM

### Frivolous Claims

24. Plaintiff Zhengjian Wang worked in Mee Noodle Shop from June 2017 to September 2017 as a delivery man.

25. After Plaintiff left Mee Noodle Shop, Defendant Chau texted him, hoping to find out why Plaintiff was unsatisfied with Defendants and informing Plaintiff to come in and take his insurance benefit.

26. Plaintiff did not reply to Defendant Chau's questions, nor came to take his insurance benefit. He kept texting Defendant Chau, threatening Defendant Chau to pay his "unpaid wages", saying "you'd better let my friend bring my wage over, otherwise you will regret it! I will force you to pay me a hundred times over. I'm not just

saying it." Defendant Chau asked the Plaintiff what the "unpaid wage" was about, but Plaintiff never answered. He just repeated his threats again and again.

27. In early December 2017, Plaintiff finally told Defendant Chau that the "unpaid wage" referred to a comment made by someone in Mee Noodle Shop. Plaintiff texted Defendant Chau that in November 2017, over a month after he had left Mee Noodle Shop, a man in Mee Noodle Shop promised to pay him some compensation for the work days he missed due to an injury he sustained. Actually, in October 2017, Defendants helped Plaintiff to apply for a $900 insurance benefit. In early November 2017, Defendants informed Plaintiff several times to come in and take his insurance benefit. Plaintiff did not come and take his benefit but continuously harassed Defendants about the "unpaid wage".

28. Defendants believe that there was no unpaid wages due to Plaintiff. Actually, every time he received his wages, Plaintiff confirmed the amount of his wages with his signature.

29. Based on facts hereinbefore, Defendants owe no unpaid wages to Plaintiff. Plaintiff brought this action against Defendants making a claim for unpaid wages without probable cause, a frivolous claim lacking support of facts and merit in law.

WHEREFORE, Defendants respectfully ask this Court to accept this Answer with Affirmative Defenses and requests that this Court:

    A. Enter judgment for the Defendants on the above counterclaim;

    B. Dismiss the Summons and Complaint with prejudice;

    C. Award related attorney fees and costs in favor of Defendants;

    D. Award Defendants such other relief as this Court deems just and appropriate.

Dated: New York, New York
January 07, 2018

Yours, etc.,

_____
I. Frederick Shotkin, Esq.
*Attorneys for Defendants*
Shotkin & Associates Law Office P.C.
45 West 34th Street, Suite 603
New York, NY 10001
Tel: (212)268-8668
Email: slwlawny@gmail.com

## CERTIFICATION

State of New York  )
                   ) ss.:
County of New York )

I, Yoke Mei Chau, being duly sworn, depose and say:

That I am the Defendant, in the above-entitled action; I have read the foregoing _Answer with Counterclaim_ and know the contents thereof; that the same is true to my knowledge except as to the matters stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

_____
Yoke Mei Chau

Sworn to before me this
_7th_ day of _January, 2018_

_____
Signature of Notary Public

XIAO MENG
Notary Public, State of New York
No. 01ME6325246
Qualified in New York County
Commission Expires May 26, 2019